UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Magdy Kamal

        Plaintiff(s),

v.

Ford Motor Company

        Defendant(s).
_____/

Case No. 24-12073

Judge Laurie J. Michelson

Magistrate Judge Curtis Ivy, Jr.

**NOTICE OF CORRECTION**

Docket entry number __5__, filed __8/21/2024__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: No address on summons

If you need further clarification or assistance, please contact __(313)234-5017__ at _____.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: August 22, 2024

s/MCC
Deputy Clerk