# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Kamal

　　　　Plaintiff,

v.

Ford Motor Company

　　　　Defendant.

Case No. 24-12073

Hon. Laurie J. Michelson

## PROOF OF SERVICE
## of
## Summons and Complaint

The summons and complaint were served on August 23rd, 2024 by U.S. Postal Service Certified Mail. The **signed return receipt**, PS Form 3811 ("green card"), Attachment A, is attached as proof of service on named defendant.

Dated: 08/29/2024

/Andrew Magdy Kamal/
Signature

Andrew Magdy Kamal
Printed Name

801 W Big Beaver Rd. Ste - 300 MB #38
Address

Troy, Mi, 48084
City, State, Zip Code

616-541-9038
Telephone Number

Case No. 24-12073

## ATTACHMENT A

