MICHIGAN EASTERN DISTRICT COURT

**ANDREW MAGDY KAMAL**

/

**Plaintiff(s)**

vs.

CASE NO . 2:24-cv-12073

**FORD MOTOR COMPANY**

/

**Defendant(s)**

### NOTICE FOR DEFAULT JUDGEMENT

**Introduction**

Ford Motor Company has failed to respond to 2:24-cv-12073 of which they have signed a copy thereof via Certified Mail. A PS Form 3811 was attached, and the court gave them until 9/13 to respond to the complaint. Ford Motor Company also was notified by the EEOC months prior of the charges against them. A copy of the complaint was also uploaded on the EEOC complaint's file as well.

**Facts**

1. Ford failed to respond in a timely manner to the serious allegations against them and failed to contest the facts alleged in the complaint.

2. The complaint asked for damages ranging from $2 Million to $5 Million. Plaintiff alleges it should be on the higher end given the serious distress caused, lost benefits, lost opportunities, and now failure to contest the complaint.

3. Ford was given ample amount of time even before the filing of this suit to be aware of a legal complaint against them. The EEOC also issued a right to sue letter prior to the suit in accordance with the state rules.

4. The allegations against Ford are egregious, as well as the documentary evidence presented in the complaint itself and viewing by the judge in lack of the contestation should be enough for a default summary judgement.

**Legal Standard**

1

Pursuant to local rules, the complaint asks for monetary judgement and compensation, the defendants failed to respond, and they shall be served a copy of this notice.

**Argument**

The plaintiff argues that the opposing party has failed to provide a legal defense or to appear in response to the plaintiff's claims, warranting the entry of a Default Judgment. The plaintiff further contends that the public will not be in disservice as a result of default judgement against Ford Motor Company.

**Demand**

WHEREFORE, the plaintiff respectfully requests that this Honorable Court enter a Notice of Default Judgment in favor of the plaintiff.

Respectfully submitted on September 16, 2024,

*Andrew Magdy Kamal*
Andrew Magdy Kamal
801 W Big Beaver Rd. Ste - 300 MB #38
Troy, Michigan 48084
andrew@starkdrones.org
(248) 238-8245

## MICHIGAN EASTERN DISTRICT COURT

**ANDREW MAGDY KAMAL**

_____/

**Plaintiff(s)**

vs.

CASE NO . 2:24-cv-12073

**FORD MOTOR COMPANY**

_____/

**Defendant(s)**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing has

been furnished by U.S. Postal Service on September 16, 2024 to the following:

- Ford Motor Company, 1 American RD, Dearborn MI, 48126, USA

*Andrew Magdy Kamal*
_____
Andrew Magdy Kamal
801 W Big Beaver Rd. Ste - 300 MB #38
Troy, Michigan 48084
andrew@starkdrones.org
(248) 238-8245

3