UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MAGDY KAMAL,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 24-cv-12073

Hon. Laurie J. Michelson

Magistrate Judge Curtis Ivy, Jr.

---

**Stipulated Order Withdrawing Plaintiff's Notice for Default Judgment and Establishing Deadline to Respond to the Complaint**

Plaintiff Andrew Magdy Kamal filed this case on August 7, 2024. (ECF #1) On August 23, 2024, Plaintiff alleges he attempted service of process on Defendant Ford Motor Company by sending a copy of the summons and complaint to Ford's headquarters by certified mail, and he filed a proof of service stating the same. (ECF # 8) On September 16, 2024, Plaintiff filed a notice for default judgment. (ECF # 9) Upon becoming aware of this lawsuit, Ford's counsel and Plaintiff conferred, addressing the Federal Rules of Civil Procedure's prohibition on serving an active, domestic corporation solely by certified mail, which led to their mutual agreement to stipulate to this Order. The Court being otherwise fully advised in the premises, orders as follows:

IT IS ORDERED that Plaintiff's notice for default judgment (ECF #9) is withdrawn.

IT IS FURTHER ORDERED that Defendant Ford Motor Company will respond to Plaintiff's Complaint on or before October 21, 2024.

**IT IS SO ORDERED.**

Dated: September 19, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

So stipulated:

| | |
|---|---|
| /s/*Andrew Magdy Kamal with consent* | By: /s/ *Ryan D. Bohannon* |
| Andrew Magdy Kamal | Eric J. Pelton (P40635) |
| 801 W. Big Beaver Rd. | Ryan D. Bohannon (P73394) |
| Ste. 300 MB #38 | KIENBAUM HARDY |
| Troy, MI  48084 | VIVIANO PELTON & FORREST, P.L.C. |
| (616) 541-9038 | 280 N. Old Woodward Ave., Ste. 400 |
| andrew@starkdrones.com | Birmingham, MI  48009 |
| | (248) 645-0000 |
| *Pro Per Plaintiff* | epelton@khvpf.com |
| | rbohannon@khvpf.com |
| | |
| | *Attorneys for Defendant* |

Dated:  September 19, 2024

2