**UNITED STATES DISTRICT COURT**
**EASTERN DIISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ANDREW MAGDY KAMAL,  *Plaintiff,* | :: :: :: | Case No.: **24-cv-12073** |
| v. | :: :: | Hon. Laurie J. Michelsom |
| FORD MOTOR COMPANY,  *Defendant.* | :: :: | Magistrate Judge Curtis Ivy, Jr. |

**PLAINTIFF'S REQUEST TO WITHDRAW ECF DOC #37**

NOW COMES Andrew Magdy Kamal, Plaintiff, and files this Notice of Withdrawal, and for cause would show this Honorable Court as follows:

**A. INTRODUCTION**

1.    The Defendant's responses to discovery were delayed as a result of a review of whether MRPC 4.2 needs to be invoked and the subsequent necessity for a teleconference to address associated issues.

2.    Consequently, the Plaintiff consents to withdraw ECF Doc #37, and both parties are presently engaged in efforts to mutually resolve the matter.

3.    In accordance with the court's recommendation, it may be necessary to file a stipulated order to facilitate direct communication with the plaintiff, who asserts that they are currently not represented by legal counsel. To date, no limited representation has been invoked.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2025, I electronically filed the foregoing Plaintiff's Request to Withdraw ECF Doc #37 with the Clerk of the Court using the ECF system. I further certify that I have served via email and U.S. Mail the Plaintiff's Request to Withdraw upon the following attorneys representing Ford Motor Company:

>Eric J. Pelton (P40635)
>Ryan D. Bohannon (P73394)
>Kienbaum Hardy
>Viviano Pelton & Forrest, P.L.C.
>280 N. Old Woodward Ave., Ste. 400
>Birmingham, MI 48009
>(248) 645-0000
>epelton@khvpf.com
>rbohannon@khvpf.com

Dated this 29th day of September, 2025.

Respectfully Submitted,

*Andrew Magdy Kamal*
Andrew Magdy Kamal,
Plaintiff in *pro per*
801 W. Big Beaver Rd.
Suite 300, MB #38
Troy, MI 48084
248-238-8245
andrew@starkdrones.org
