UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MAGDY KAMAL,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 24-cv-12073

Hon. Laurie J. Michelson

Magistrate Judge Curtis Ivy, Jr.

**Stipulated Order Adjourning Expert Discovery**

The parties having conferred and reached agreement on the issues raised:

IT IS HEREBY ORDERED that all expert witness disclosures and expert discovery deadlines are ADJOURNED pending resolution of any dispositive motions filed in this matter. The Court will establish new expert disclosure and discovery deadlines, if necessary, following its ruling on dispositive motions.

IT IS SO ORDERED.

                                                s/Laurie J. Michelson
Dated: January 12, 2026                  Hon. Laurie J. Michelson
                                                U.S. District Judge

So stipulated:

| | |
|---|---|
| /s/*Andrew Magdy Kamal with consent* | By: /s/*Eric J. Pelton* |
| Andrew Magdy Kamal | Eric J. Pelton (P40635) |
| 801 W. Big Beaver Rd. | Ryan D. Bohannon (P73394) |
| Ste. 300 MB #38 | KIENBAUM HARDY |
| Troy, MI  48084 | VIVIANO PELTON & FORREST, P.L.C. |
| (616) 541-9038 | 280 N. Old Woodward Ave., Ste. 400 |
| andrew@starkdrones.com | Birmingham, MI  48009 |
| | (248) 645-0000 |
| *Pro Per Plaintiff* | epelton@khvpf.com |
| | rbohannon@khvpf.com |
| | |
| | *Attorneys for Defendant* |

Dated:  January 9, 2026

596404.2