UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW MAGDY KAMAL,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendants. | Case No. 24-12073<br>Honorable Laurie J. Michelson |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [44], MOTION TO COMPEL [45], AND MOTION FOR RECUSAL [49]**

Andrew Kamal worked for Ford Motor Company as a Cyber Defense Analyst for almost two years. During that time, Kamal claims that he was harassed by a supervisor, required to take a "people skills course" not required for other employees, and treated unfairly. Kamal reported his concerns to Ford's Human Resources Department via an internal ethics complaint. Shortly thereafter, Kamal was terminated. Kamal believes that he was fired in retaliation for filing his complaint. His present *pro se* complaint includes claims of retaliation and hostile work environment under Title VII of the Civil Rights Act of 1964 and Michigan's Elliott-Larsen Civil Rights Act, violations of the Fair Labor Standards Act, intentional infliction of emotional distress, and vicarious liability.

On February 25, 2026, the Court held a hearing to address and rule on three motions filed by Kamal: a motion for leave to file an amended complaint (ECF No.

44), a motion to compel discovery (ECF No. 45), and a motion seeking the Court's recusal (ECF No. 49).

For the reasons provided more fully on the record in the Court's oral ruling, Kamal's motion for leave to file an amended complaint (ECF No. 44) is DENIED. As set forth in the briefing, however, the parties may submit a proposed stipulated order resolving the issues Kamal sought to address through amendment, e.g., that the reference to the EEOC in the complaint will not be considered, Kamal may rely on relevant facts learned during discovery that are not specifically pled in the complaint, and Kamal is preserving his right to appeal the Court's dismissal of certain claims in the initial complaint.

It is further ordered that Kamal's motion to compel discovery (ECF No. 45) is DENIED. To the extent Ford discovers documents responsive to requests for production 12, 18, 25, and 26, it shall produce those documents to Kamal. This order does not preclude Kamal from filing a renewed motion to compel with regard to requests for production 1, 2, 3, 4, 9, 10, 19, 21, and 28 upon reviewing the documents already produced by Ford, or issuing requests for production of relevant internal communications on narrower grounds, to the extent any such records have not already been provided to him.

Finally, Kamal's motion for the Court's recusal (ECF No. 49) is DENIED.

SO ORDERED.

Dated: February 26, 2026        s/Laurie J. Michelson
                                LAURIE J. MICHELSON
                                UNITED STATES DISTRICT JUDGE